Gilbert MAY, Marlin Holton, John Benard and Irvin McCray, Appellants, v. STATE, of Texas, Appellee.

No. 22373.

Court of Criminal Appeals of Texas.

Nov. 4, 1942.

A. M. Mood, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant Marlin Holton has filed his personal affidavit, asking that his appeal be dismissed as he no longer desires to prosecute same. The request is granted and, as to said appellant, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the court.

Frank N. ROMINES, Appellant, v. STATE of Texas, Appellee.

No. 22345.

Court of Criminal Appeals of Texas.

Nov. 18, 1942.

C. R. Carpenter, of Lubbock, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant has presented his verified application for permission to withdraw his appeal. Finding the same in proper form, his request is granted and the appeal is withdrawn.